UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DENNIS FLORES,

                                       Plaintiff,       **AFFIRMATION OF SERVICE
ON DEFENDANT CITY**

      -v-

                                                                 **11-CV-6389 (JGK)**

THE CITY OF NEW YORK, New York City Police Department Officer ("P.O.") CHRISTIN AIGOTTI (Shield No. 03784), Sergeant ("SGT.") THOMAS LIUZZO (Shield No. 03831), SUPERVISORY OFFICER JOHN DOE (the name John Doe being fictitious, as the true name and shield number are presently unknown), in their individual and official capacities,

                                       Defendants.

------------------------------------------------------------------------x

        Deborah B. Diamant, an attorney duly licensed to practice law in the Courts of the State of New York, does hereby state and affirm under penalties of perjury:

        I am over 18 years of age and am not a party to this action.

        On September 15, 2011, at approximately 3:58 P.M., at 100 Church Street, 4th Floor, I served a **Summons** and **Complaint** upon **THE CITY OF NEW YORK**, defendant therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, *to wit*, Dmitry Aronov.

        Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

| | | |
|---|---|---|
| Sex: Male | Race: Caucasian | Hair: Grey |
| Approx Age: 60 | Approx. Height: 5'11" | Approx Weight: 175 lbs. |

Dated:    New York, New York
             September 15, 2011

                                                        By: *[signature]*
                                                               Deborah B. Diamant

1