UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DENNIS FLORES,

                                    Plaintiff,        **DECLARATION OF SERVICE**

      -v-

                                                       **11-CV-6389 (JGK)**

THE CITY OF NEW YORK, New York City Police
Department Officer ("P.O.") CHRISTIN AIGOTTI (Shield
No. 03784), Sergeant ("SGT.") THOMAS LIUZZO (Shield
No. 03831), SUPERVISORY OFFICER JOHN DOE (the
name John Doe being fictitious, as the true name and shield
number are presently unknown), in their individual and
official capacities,

                                    Defendants.

------------------------------------------------------------------------x

       ALISSA HULL, an attorney duly admitted to practice in the State of New York, hereby affirms the following to be true under the penalty of perjury:

      1.     I am over 18 years of age and am not a party to this action.

      2.     On September 16, 2011, at approximately 3:40 PM, at the NYPD 6th Precinct, 233 West 10th Street, in the County and State of New York, I served a **Summons** and **Complaint and Demand for Jury Trial** upon **NYPD Police Officer Christin Aigotti** and **NYPD Sergeant Thomas Liuzzo**, defendants therein named, by delivering and leaving a true copy of the documents with a person of suitable age and discretion, to wit NYPD Police Officer Balunas.

      3.     Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

      Sex: Male          Race: Caucasian          Hair: Grey

      Approx Age: 55      Approx Height: 6' 0"     Approx Weight: 220

4. On September 21, 2011, at approximately 1:00 PM, I mailed copies of the **Summons** and **Complaint and Demand for Jury Trial** in envelopes addressed individually to **Officer Cristin Aigotti** and **Sergeant Thomas Liuzzo**, both at **NYPD – 6th Precinct, 233 West 10th Street, New York, NY 10014.**

5. Said envelope was marked "Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

Dated: New York, New York
September 23, 2011

By: _____
Alissa R. Hull